UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA

No: 2:23cr20191

v.

DESMOND MILLS, JR.

## MOTION TO EXCUSE APPEAREANCE

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and respectfully moves this court to excuse the defendant Desmond Mills, Jr.'s appearance on June 20, 2025 at 10 am, or if the date of the status conference is changed, to excuse his appearance on that date, and in support would show the following:

That a recently filed Notice of Setting (ECF 856) has scheduled this matter for a status conference on June 20, 2025, and indicates that "As to defendants on bond, failure to appear without leave of court will result in forfeiture of appearance bond and issuance of a warrant for arrest."

That Mr. Mills is on bond and currently resides outside of the Western District of Tennessee.

That in order to attend court Mr. Mills has to travel over 8 hours by car.

That Mr. Mills submits that his presence is not necessary for a status conference in this matter.

Counsel for the defendant has consulted with Assistant United States Attorney, David Pritchard, and he has no objection to Mr. Mills's request.

WHEREFORE, PREMISES CONSIDERED. Defendant, Desmond Mills, prays that his appearance be excused from the Court date of June 20, 2025, or if the date of the status conference is changed, to excuse his appearance on that date, for the reasons set out herein above.

Respectfully submitted,
BALLIN, BALLIN & FISHMAN, P.C.

/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Attorney for Defendant

## CERTIFICATE OF CONSULTATION

I, Blake D. Ballin, hereby certify that I have consulted with David Pritchard regarding this matter and the government has no objection to this request.

/s/Blake D. Ballin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **16th day of June, 2025.**

/s/Blake D. Ballin, Esq.