UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO. 2:23-cr-20191-SHL |
| ) | |
| DESMOND MILLS, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER EXCUSING APPEARANCE

Before the Court is Defendant Mills' Motion to Excuse Appearance. It appearing to the Court for good cause shown that the Motion is well taken and should be granted. Therefore, the appearance of Defendant, Desmond Mills, Jr., at the status conference set on June 20, 2025 is excused.

**IT IS SO ORDERED** this the 18th day of June, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE