# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 2:23-cr-20191-SHL |
| DESMOND MILLS, JR., | ) |
| Defendant. | ) |

## ORDER EXCUSING APPEARANCE

Before the Court is Defendant Mills' Motion to Excuse Appearance. It appearing to the Court for good cause shown that the Motion is well taken and should be granted. Therefore, the appearance of Defendant, Desmond Mills, Jr., at the report date set on July 24, 2025 is excused.

**IT IS SO ORDERED** this the 16th day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE