UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA

No: 2:23cr20191

v.

DESMOND MILLS, JR.

## MOTION TO EXCUSE APPEARANCE

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and respectfully moves this court to excuse the defendant Desmond Mills, Jr.'s appearance on September 25, 2025 and in support would show the following:

That this matter is set on the Court's docket on September 25, 2025.

That Mr. Mills is on bond and currently resides outside of the Western District of Tennessee.

That in order to attend court Mr. Mills has to travel over 8 hours by car.

That Mr. Mills submits that his presence is not necessary for a status conference in this matter.

That a Waiver of Appearance, signed by Mr. Mills and undersigned counsel, is attached to this motion.

That Counsel for the defendant has consulted with Assistant United States Attorney, Forrest Christian, and he has no objection to Mr. Mills's request.

1

WHEREFORE, PREMISES CONSIDERED Defendant, Desmond Mills, prays that his appearance be excused from the Court date of September 25, 2025, for the reasons set out herein above.

          Respectfully submitted,

          BALLIN, BALLIN & FISHMAN, P.C.

          /s/Blake D. Ballin, Esq.
          200 Jefferson Avenue, Suite 1250
          Memphis, TN 38103
          (901) 525-6278
          Attorney for Defendant

## CERTIFICATE OF CONSULTATION

I, Blake D. Ballin, hereby certify that I have consulted with Forrest Christian regarding this matter and the government has no objection to this request.

          /s/Blake D. Ballin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **12th day of September, 2025.**

          /s/Blake D. Ballin, Esq.