UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA

No: 2:23cr20191 MSN

v.

DESMOND MILLS, JR.

## MOTION TO CONTINUE SENTENCING

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and respectfully moves this court to continue his sentencing hearing and in support would show as follows:

This matter is currently set for sentencing on December 19, 2025. The defendant has cooperated extensively with Federal Government and the State of Tennessee. The defendant testified as a witness for the Government in the trial of this matter on September 24 and September 25, 2024. The defendant also testified on behalf to the State of Tennessee in April of 2025.

That on August 28, 2025, this Court issued an Order Granting Motions For New Trial (ECF 919). On September 23, 2025, the Government filed a Notice of Appeal of this order (ECF 946). On September 30, 2025, Defendants Haley and Smith filed Notices of Appeal (ECF 950, 951). On October 2, 2025, Defendant Bean filed a Notice of Appeal and On October 5, 2025, Defendant Martin filed a Notice of Appeal (ECF 955, 956). These appeals are currently pending before the Court of Appeals for the Sixth Circuit.

That should the Court of Appeals for the Sixth Circuit uphold the Order Granting Motions For New Trial, the defendant would likely be called as a witness by the Government.

1

This additional testimony and cooperation would be relevant to the sentencing of the defendant. Should the Court of Appeals for the Sixth Circuit overturn this Court's Order Granting Motions For New Trial, the defendant may be needed to testify at the sentencing hearings of other defendants in this matter.

That the other defendants in this case do not currently have a trial date, nor do they have hearings scheduled for sentencing.  Until the issues on appeal have been resolved the defendant submits that it would not be appropriate to conduct his sentencing hearing on December 19, 2025.  Once the Court of Appeals for the Sixth Circuit has issued a ruling, the defendant submits that this Court will be in a better position to know if and when a sentencing hearing should be set. Until such time, the defendant respectfully requests that his sentencing hearing on December 19, 20205, be removed from the calendar and that a new sentencing date be scheduled after a ruling is issued by the Court of Appeals for the Sixth Circuit.

That Attorney for the defendant has consulted with Forrest Christian and he has no objection to the defendant motion.

WHEREFORE, PREMISES CONSIDERED. Defendant, Desmond Mills, prays for a continuance of his sentencing hearing for the reasons set out herein above.

Respectfully submitted,
BALLIN, BALLIN & FISHMAN, P.C.

/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Attorney for Defendant

## CERTIFICATE OF CONSULTATION

I, Blake D. Ballin, hereby certify that I have consulted with Forrest Christian regarding this request and the government has no objection.

/s/Blake D. Ballin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **20th day of November, 2025.**

/s/Blake D. Ballin, Esq.